IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ELIZABETH A. TERMAAT | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:08CV62 |
| vs. | ) | |
| | ) | ORDER |
| VENTE, INC. and EXPERIAN, | ) | |
| | ) | |
| Defendants. | ) | |

For good cause shown, and upon the representation that the motion is unopposed,

**IT IS ORDERED** that defendants' Motion for Extension of Time to Disclose Expert (Docket No. 41) is granted, as follows:

1. Defendants shall serve their statement of the expert witness(es) it expects to call to testify pursuant to Rule 702, 703 or 705, Fed. Rules of Evidence, and Fed. R. Civ. P. 26(a)(2) not later than **February 17, 2009.**

2. Plaintiff shall identify rebuttal expert witness(es) as described in Fed. R. Civ. P. Rule 26(a)(2) by **March 19, 2009** and make the expert witness(es) available for deposition prior to the date set for completion of depositions.

3. The parties shall file any motions in limine challenging the admissibility of expert testimony at trial under Federal R. Evid. 702 by **April 15, 2009**.

**DATED December 18, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**